Eastern District of Kentucky
FILED
FEB 27 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:25-CR-15-REW
8 U.S.C. § 1326(a)

PEDRO GONZALEZ-AJIN

* * * * *

**THE GRAND JURY CHARGES:**

On or about November 20, 2023, in Laurel County, in the Eastern District of Kentucky,

**PEDRO GONZALEZ-AJIN,**

an alien, who had previously been removed from the United States, knowingly entered and was found in the United States, having not obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of 8 U.S.C. § 1326(a).

A TRUE BILL

_____
FOREPERSON

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Imprisonment for not more than 2 years, a fine of not more than $250,000, and supervised release for not more than 1 year.

**PLUS:**  Mandatory special assessment of $100.

**PLUS:**  Restitution, if applicable.